## Commonwealth to use, Appellant, *v.* Empire State Surety Company (No. 2).

OPINION BY HEAD, J., July 18, 1912:

Judgment affirmed. See appeal of Joseph B. Strunk, ante, p. 404.

--------

## Commonwealth to use, Appellant, *v.* Empire State Surety Company (No. 3).

OPINION BY HEAD, J., July 18, 1912:

Judgment affirmed. See appeal of Joseph B. Strunk, ante, p. 404.

--------

## Lewis's Estate.

*Decedents' estates—Claims for nursing—Executors and administrators —Vouchers—Surcharge.*

1. Where an executor of a small estate claims credit for an item of $560 paid to his own mother for alleged services in nursing the decedent, and the residuary legatee files an exception to the item supported by affidavit, the burden is upon the executor to show the validity of the payment by vouchers or by proper proof, and if he fails to do so, he will be surcharged. In such a case the exceptant is under no duty to prove the invalidity of the payment.

2. Loose declarations made to outside parties, indefinite understandings, suggested gratuities, anticipated benefactions and testamentary intentions not carried out, about which there may be some vague and unconvincing testimony, are not sufficient to establish an express contract, either to pay for extra services at the death of the testatrix or to provide for such compensation by a legacy.

Argued March 6, 1912. Appeal, No. 22, March T., 1912, by Thomas Williams, from decree of O. C. Lackawanna Co., No. 63, Year 1910, dismissing exceptions to

VOL. L—27